46 So.2d 228

### Breeland OTT v. STATE.

### 8 Div. 557.

Supreme Court of Alabama.

May 11, 1950.

Jas. M. Proctor, of Scottsboro, for petitioner.

A. A. Carmichael, Atty. Gen., and L. E. Barton, Asst. Atty. Gen., opposed.

SIMPSON, Justice.

Petition of Breeland Ott for certiorari to the Court of Appeals to review and revise the judgment and decision of that

618

Court in the case of Ott v. State, 46 So. 2d 226.

Writ denied.

FOSTER, LIVINGSTON and STAKE-LY, JJ., concur.